1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ZERA FINANCIAL LLC,<br>LUIS A. ROMERO, aka LUIS A ROMERO-NAVARETTE; LUIS A ROMERO-NAVARRETE,<br><br>Defendants | Case No. 8:23-cv-01807-CJC (ADSx)<br><br>**[PROPOSED] ORDER APPROVING STIPULATION FOR PARTIAL RELIEF FROM THE PRELIMINARY INJUNCTION** |
|---|---|

Defendant Luis A. Romero ("Romero") and Plaintiff Securities and Exchange Commission, through counsel, have stipulated to certain relief from the Courrt's October 30, 2023 preliminary injunction, ECF No. 28, to permit Romero to open a bank account and earn wages for reasonable and necessary living expenses. For good cause shown, the Court APPROVES the stipulation and orders as follows:

1. The provisions of paragraph V. (enjoining the sale or transfer of real or personal property) and paragraph VI. (freezing monies and assets held in any bank, financial institution, crypto asset account, or crypto trading platform) of the preliminary injunction entered by the Court on October 30, 2023, shall not apply to a bank account opened by Romero after April 24, 2024, provided the account is funded solely with wages earned after April 24, 2024, and such wages are not related to or derived from the sale of securities or any conduct alleged in the Complaint.

2. Each month, Romero shall provide the SEC with a statement of all deposits and withdrawals from this account.

3. Notwithstanding the provisions of paragraph V. (enjoining the sale or transfer of real or personal property) and paragraph VI. (freezing monies and assets held in any bank, financial institution, crypto asset account, or crypto trading platform) of the preliminary injunction entered by the Court on October 30, 2023, Romero shall transfer any asset, including crypto assets, to the extent such transfer is necessary to comply with the terms of any agreement with the United States of America or the Federal Bureau of Investigation.

IT IS SO ORDERED.

Dated: _____          _____
                                   CORMAC J. CARNEY
                                   United States District Judge