1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

    vs.

ZERA FINANCIAL LLC,
LUIS A. ROMERO, aka LUIS A.
ROMERO-NAVARETTE; aka LUIS A.
ROMERO-NAVARRETE,

        Defendants.

Case No.  8:23-cv-01807-SB

**[PROPOSED] ORDER RE:
STATUS CONFERENCE**

1    The Court having reviewed the parties' Joint Status Report, ECF No. 52, the

2    in-person status conference previously set for June 28, 2024, is hereby by

3    [VACATED] [CONTINUED to July [12] [19], 2024, at 8:30 a.m.].

4        IT IS SO ORDERED.

5

6

7    Dated: _____          _____

8                                        STANLEY BLUMENFELD, JR.
                                         United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28